# United States Bankruptcy Court
## District of Arizona

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**D & L PRESS, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**86-0174778** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1219 E. Broadway Road**<br>**Phoenix, AZ**<br>ZIP Code **85040** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☒ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **D & L PRESS, INC.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)          (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**D & L PRESS, INC.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X**  **/s/ Thomas G. Luikens**
Signature of Attorney for Debtor(s)

**Thomas G. Luikens 004584**
Printed Name of Attorney for Debtor(s)

**AYERS & BROWN, P.C.**
Firm Name

**4227 N. 32nd Streeet**
**First Floor**
**Phoenix, AZ 85018**

Address

**Email: tgllegalassistant@earthlink.net**
**602 468 5700  Fax: 602 468 9300**
Telephone Number

**May 4, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Michael Pinch**
Signature of Authorized Individual

**Michael Pinch**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 4, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re  **D & L PRESS, INC.**                              Case No.
                              Debtor(s)                   Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **National Bank of Arizona PO Box 80440 Phoenix, AZ 85060-0440** | **National Bank of Arizona PO Box 80440 Phoenix, AZ 85060-0440** | **2008-2009 Snowfall Perfect Book Maker w/the following - Lasermax Roller Feeder & Sheeter SN 078505877B025950, OCE 6250 Digital Press MB Electronic Fol** | | **356,079.00** (107,500.00 secured) |
| **National Bank of Arizona PO Box 80440 Phoenix, AZ 85060-0440** | **National Bank of Arizona PO Box 80440 Phoenix, AZ 85060-0440** | **2011 Presstek 52 DI-AC 4 Color 14x20 Sheet Format Waterless Offset Printer w/aqueous coating capability SN 1137; Auto Blanket Cleaners & Ink Roller Cl** | | **387,431.00** (200,000.00 secured) |
| **National Bank of Arizona PO Box 80440 Phoenix, AZ 85060-0440** | **National Bank of Arizona PO Box 80440 Phoenix, AZ 85060-0440** | **All inventory, documents, instruments, chattel paper, accounts, equipment and general intangibles; all accessions, additions, replacements, and substi** | | **100,000.00** (43,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.
In re **D & L PRESS, INC.** Case No. _____
                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Canon Solutions America<br>12379 Collections Center Drive<br>Chicago, IL 60693 | Canon Solutions America<br>12379 Collections Center Drive<br>Chicago, IL 60693 | Color and black & White click charges on 3 machines, service and repair contracts (includes toner) | | 44,196.29 |
| Ascentium Capital, LLC<br>23970 HWY 59 N.<br>Kingwood, TX 77339-1535 | Ascentium Capital, LLC<br>23970 HWY 59 N.<br>Kingwood, TX 77339-1535 | Accura Software license | | 30,229.20 |
| Spicers Paper, Inc.<br>File 749316<br>Los Angeles, CA 90074-9316 | Spicers Paper, Inc.<br>File 749316<br>Los Angeles, CA 90074-9316 | Trade debt | | 28,123.96 |
| Maricopa County Treasurer<br>PO Box 52133<br>Phoenix, AZ 85072-2133 | Maricopa County Treasurer<br>PO Box 52133<br>Phoenix, AZ 85072-2133 | 2014 Personal property taxes | | 26,401.57 |
| Ascentium Capital, LLC<br>23970 HWY 59 N.<br>Kingwood, TX 77339-1535 | Ascentium Capital, LLC<br>23970 HWY 59 N.<br>Kingwood, TX 77339-1535 | Accura Internet Software license | | 21,645.96 |
| Enterprise Group<br>Domtar<br>14544 Collections Center Drive<br>Chicago, IL 60693 | Enterprise Group<br>Domtar<br>14544 Collections Center Drive<br>Chicago, IL 60693 | Trade debt | | 18,456.17 |
| Maricopa County Treasurer<br>PO Box 52133<br>Phoenix, AZ 85072-2133 | Maricopa County Treasurer<br>PO Box 52133<br>Phoenix, AZ 85072-2133 | 2013 Personal property taxes | | 11,479.66 |
| Presstek, Inc.<br>3727 Solutions Center<br>Chicago, IL 60677-3007 | Presstek, Inc.<br>3727 Solutions Center<br>Chicago, IL 60677-3007 | Trade debt and service contract for DI Press | | 8,624.50 |
| American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 | American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 | Business expenses | | 8,275.42 |
| One Stop Mail<br>304 S. Price Road<br>Tempe, AZ 85281 | One Stop Mail<br>304 S. Price Road<br>Tempe, AZ 85281 | Trade debt | | 6,715.32 |
| Canon Financial Services<br>14904 Collections Center Drive<br>Chicago, IL 60693 | Canon Financial Services<br>14904 Collections Center Drive<br>Chicago, IL 60693 | Lease payments on 2 Canon copiers | | 6,465.00 |
| Maricopa County Treasurer<br>PO Box 52133<br>Phoenix, AZ 85072-2133 | Maricopa County Treasurer<br>PO Box 52133<br>Phoenix, AZ 85072-2133 | 2nd half real property taxes | | 4,855.33 |
| Capital One Bank (USA), N.A.<br>PO Box 60599<br>City Of Industry, CA 91716-0599 | Capital One Bank (USA), N.A.<br>PO Box 60599<br>City Of Industry, CA 91716-0599 | Business expenses | | 4,668.87 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re **D & L PRESS, INC.**                        Case No. _____

                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HealthNet Life Insurance Co.<br>PO Box 9103<br>Van Nuys, CA 91409-9103 | HealthNet Life Insurance Co.<br>PO Box 9103<br>Van Nuys, CA 91409-9103 | Group insurance health policy, monthly premium | | 4,169.10 |
| Travelers Insurance Co.<br>PO Box 660317<br>Dallas, TX 75266-0317 | Travelers Insurance Co.<br>PO Box 660317<br>Dallas, TX 75266-0317 | General business insurance, monthly premium | | 2,390.84 |
| Techniprint<br>2545 N. 7th Street<br>Phoenix, AZ 85006 | Techniprint<br>2545 N. 7th Street<br>Phoenix, AZ 85006 | Trade debt | | 2,224.73 |
| ML3Solutions<br>10443 E. Javelina Avenue<br>Mesa, AZ 85209-7748 | ML3Solutions<br>10443 E. Javelina Avenue<br>Mesa, AZ 85209-7748 | Business consultant | | 2,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 4, 2015**             Signature   **/s/ Michael Pinch**
                                                              **Michael Pinch**
                                                               **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

D & L PRESS, INC. -


ACE PACKAGING OF AZ
4012 W. TURNEY AVENUE, STE B-3
PHOENIX AZ 85019


AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000


AMERICAN WHOLESALE THERMOGRAPHERS
2331 W. ROYAL PALM RD STE 103
PHOENIX AZ 85021


AMERIMAIL
7441 E. BUTHERUS DRIVE, STE. 200
SCOTTSDALE AZ 85260


ARIZONA DEPARTMENT OF REVENUE
1600 W. MONROE
PHOENIX AZ 85007-2650


ARIZONA GRINDING
319 W. LONE CACTUS, UNIT D
PHOENIX AZ 85027


ASCENTIUM CAPITAL, LLC
23970 HWY 59 N.
KINGWOOD TX 77339-1535


AVG TECHNOLOGIES USA, INC.
2105 NORTHWEST BLVD.
NEWTON NC 28658


AZTECH PRESSROOM PRODUCTS
456 E. JUANITA AVENUE SUITE 2
MESA AZ 85204


CANON FINANCIAL SERVICES
14904 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693


CANON SOLUTIONS AMERICA
12379 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

D & L PRESS, INC. -


CAPITAL ONE BANK (USA), N.A.
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599


CITY OF PHOENIX
BOX 29663
PHOENIX AZ 85038-9663


COMPETITION COMMERCIAL PRINTING
2727 W. SOUTHERN AVENUE, STE. 4
TEMPE AZ 85282


COMPWEST INSURANCE
PO BOX 849669
LOS ANGELES CA 90084-9669


COX COMMUNICATIONS
PO BOX 53249
PHOENIX AZ 85072-3249


CROWN PRESS, INC.
2450 S. 24TH STREET
PHOENIX AZ 85034


ENTERPRISE GROUP
DOMTAR
14544 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693


FOIL GRAPHICS CO.
BOX 20543
PHOENIX AZ 85036-0543


FUJIFILM NORTH AMERICA CORP.
GRAPHIC SYSTEMS DIVISION
DEPT LA 22221
PASADENA CA 91185-2221


GPA
8740 W. 50TH STREET
MCCOOK IL 60525


GRAPHIC ROLLER COMPANY
740 E. ROUTE 66
GLENDORA CA 91740

D & L PRESS, INC. -


HEALTHNET LIFE INSURANCE CO.
PO BOX 9103
VAN NUYS CA 91409-9103


KDC BINDERY SERVICES, LLC
406 S. ROCKFORD DRIVE
TEMPE AZ 85281


KELLY PAPER CO.
FILE # 749317
LOS ANGELES CA 90074-9317


KONICA MINOLTA BUSINESS SOLUTIONS
DEPT LA 22988
PASADENA CA 91185-2988


MARICOPA COUNTY TREASURER
PO BOX 52133
PHOENIX AZ 85072-2133


MARK ANDY PRINT PRODUCTS
7561 SOLUTIONS CENTER
CHICAGO IL 60677-7005


MICHAEL NESLEN
5020 E. SHEA BLVD., STE. 200
SCOTTSDALE AZ 85254


MICHAEL PINCH
1504 E. DESERT LANE
PHOENIX AZ 85042


MIDFIRST BANK
PO BOX 76149
OKLAHOMA CITY OK 73147-2149


ML3SOLUTIONS
10443 E. JAVELINA AVENUE
MESA AZ 85209-7748


NATIONAL BANK OF ARIZONA
PO BOX 80440
PHOENIX AZ 85060-0440

D & L PRESS, INC. -


NORTHSTAR IDENTITY LLC
10810 N. TATUM BLVD #102-160
PHOENIX AZ 85028


ONE STOP MAIL
304 S. PRICE ROAD
TEMPE AZ 85281


PRESSTEK, INC.
3727 SOLUTIONS CENTER
CHICAGO IL 60677-3007


QUICKSILVER EXPRESS COURIER
PO BOX 64417
SAINT PAUL MN 55164-0417


SPICERS PAPER, INC.
FILE 749316
LOS ANGELES CA 90074-9316


SRP
PO BOX 2950
PHOENIX AZ 85062-2950


TECHNIPRINT
2545 N. 7TH STREET
PHOENIX AZ 85006


TRAVELERS INSURANCE CO.
PO BOX 660317
DALLAS TX 75266-0317


UNUM LIFE INSURANCE CO. OF AMERICA
PO BOX 406990
ATLANTA GA 30384-6990


VERIZON WIRELESS
PO BOX 660108
DALLAS TX 75266-0108


WASTE MANAGEMENT OF ARIZONA
PO BOX 43350
PHOENIX AZ 85080

D & L PRESS, INC. -


WESTERN STATES PRINTING ALLIANCE
200 DEER RUN ROAD
SEWICKLEY PA 15143

# United States Bankruptcy Court
## District of Arizona

In re **D & L PRESS, INC.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **D & L PRESS, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 4, 2015** | **/s/ Thomas G. Luikens** |
| Date | **Thomas G. Luikens 004584** |
| | Signature of Attorney or Litigant |
| | Counsel for **D & L PRESS, INC.** |
| | **AYERS & BROWN, P.C.** |
| | **4227 N. 32nd Streeet** |
| | **First Floor** |
| | **Phoenix, AZ 85018** |
| | **602 468 5700 Fax:602 468 9300** |
| | **tgllegalassistant@earthlink.net** |